# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 22, 2021

Lyle W. Cayce
Clerk

No. 20-30480
Summary Calendar

Donna M. Smith,

*Plaintiff—Appellant*,

*versus*

Regina Woods, Officially and Individually; Monique E. Barial, Officially and Individually; Bernadette D'Souza, Officially; Melvin C. Zeno, Officially and Individually; Chanel R. Debose, Individually; Thomas Ussin Brown, Individually; Law Office of Chanel R. Debose; Sharry I. Sandler, Individually; Law Office of Sharry I. Sandler; Gordon S. Patton, Individually,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:19-CV-14779

Before Higginbotham, Jones, and Costa, *Circuit Judges*.

No. 20-30480

PER CURIAM:[*]

Donna Smith appeals the dismissal of her claims brought under a variety of legal theories, seeking to redress alleged wrongs arising from her divorce proceedings in Louisiana state court. The district court dismissed Smith's federal claims for lack of subject matter jurisdiction under the *Rooker-Feldman* doctrine and declined to exercise supplemental jurisdiction over Smith's remaining state law claims.[1] In her briefs, Smith reasserts many of the allegations in her complaint, but she fails to offer a reasoned argument for how the district court erred in concluding that it lacked jurisdiction over her claims. Our independent assessment of the district court's ruling reveals no error in that conclusion.[2] We affirm.

---

[*] Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

[1] *See Rooker v. Fid. Trust Co.*, 263 U.S. 413 (1923); *D.C. Court of Appeals v. Feldman*, 460 U.S. 462 (1983).

[2] *See Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280, 284 (2005).